Tina Glandian
Nevada Bar No. 12582
**GERAGOS & GERAGOS, APC**
644 S. Figueroa St.,
Los Angeles, California 90017
Phone: 213.625.3900; Fax: 213.232.3255
Attorneys for Plaintiff LIONEL IRVING

THE O'MARA LAW FIRM, P.C.
David C. O'Mara
Nevada Bar No. 8599
311 East Liberty St.
Reno, Nevada 89501
Phone: 775-323-1321; Fax: 775-323-4082
*(DESIGNATED ATTORNEY FOR SERVICE IN NEVADA)*

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

         JUN 13 2018

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| LIONEL IRVING, an individual; | Case No.: 3:17-CV-00663-MMD-VPC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND DEADLINE RE REBUTTAL EXPERT DISCLOSURES** |
| CITY OF SPARKS; SPARKS POLICE DEPARTMENT; WASHOE COUNTY SHERIFF'S DEPARTMENT; DOE OFFICERS 1-20, inclusive; and DOE COUNTY MEDICAL PROVIDERS 1-20, inclusive; | |
| Defendants. | |

1

**TO THE HONORABLE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Plaintiff LIONEL IRVING and Defendants CITY OF SPARKS and SPARKS POLICE DEPARTMENT, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, both parties agree that additional time will facilitate resolution of this matter;

WHEREAS, Good cause exists and no party will be prejudiced by the continuance;

IT IS HEREBY STIPULATED between the parties to continue the rebuttal expert disclosure date from **June 11, 2018** to **June 19, 2018.**

DATED: June 11, 2018

GERAGOS & GERAGOS, APC

By: /s/ Tina Glandian
    TINA GLANDIAN
    Attorney for Plaintiff LIONEL IRVING

DATED: June 12, 2018

CHESTER H. ADAMS
SPARKS CITY ATTORNEY

By: /s/ Alyson L. McCormick
    ALYSON L. McCORMICK
    Attorneys for Defendants CITY OF
    SPARKS and SPARKS POLICE
    DEPARTMENT

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: June 13, 2018

Tina Glandian
Nevada Bar No. 12582
**GERAGOS & GERAGOS, APC**
644 S. Figueroa St.,
Los Angeles, California 90017
Phone: 213.625.3900; Fax: 213.232.3255
Attorneys for Plaintiff LIONEL IRVING

THE O'MARA LAW FIRM, P.C.
David C. O'Mara
Nevada Bar No. 8599
311 East Liberty St.
Reno, Nevada 89501
Phone: 775-323-1321; Fax: 775-323-4082
*(DESIGNATED ATTORNEY FOR SERVICE IN NEVADA)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL IRVING, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SPARKS; SPARKS POLICE DEPARTMENT; WASHOE COUNTY SHERIFF'S DEPARTMENT; DOE OFFICERS 1-20, inclusive; and DOE COUNTY MEDICAL PROVIDERS 1-20, inclusive;<br><br>Defendants. | Case No.: 3:17-CV-00663-MMD-VPC<br><br>**[Proposed] ORDER RE JOINT STIPULATION TO EXTEND DEADLINE RE REBUTTAL EXPERT DISCLOSURES** |

1

**[Proposed] ORDER RE JOINT STIPULATION TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**

**ORDER:**

GOOD CAUSE APPEARING, the Court hereby approves the stipulation between the parties to continue the rebuttal expert disclosure date from **June 11, 2018** to **June 19, 2018.**

DATED: June __, 2018

By: ~~_____~~
~~Honorable Miranda M. Du~~

IT IS SO ORDERED

~~_____~~
~~U.S. MAGISTRATE JUDGE~~
~~DATED:_____~~