**CHESTER H. ADAMS, #3009**
cadams@cityofsparks.us
Sparks City Attorney
**ALYSON L. McCORMICK, #13187**
amccormick@cityofsparks.us
Assistant City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
(775) 353-2324
**STANLEY H. BROWN, JR., #1364**
stanbrownjr@sbcglobal.net
Stanley H. Brown, Jr., Chartered
127 East Liberty Street
Reno, Nevada 89501
Tel: (775) 337-8800
*Attorneys for the Defendants City of Sparks*
*and Sparks Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIONEL IRVING, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF SPARKS; SPARKS POLICE DEPARTMENT; WASHOE COUNTY SHERIFF'S DEPARTMENT; DOE OFFICERS 1-20, inclusive; and DOE COUNTY MEDICAL PROVIDERS 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-CV-00663-MMD-VPC<br><br>**STIPULATION FOR**<br><br>**DISMISSAL WITH PREJUDICE** |

Defendants CITY OF SPARKS and SPARKS POLICE DEPARTMENT, together with Plaintiff LIONEL IRVING, by and through their respective undersigned counsel, stipulate to the

///

///

///

dismissal of all claims in this action with prejudice. Each party shall bear its own attorney fees and costs.

DATED this 18th day of July, 2018.

CHESTER H. ADAMS
Sparks City Attorney

/s/ Alyson L. McCormick
ALYSON L. McCORMICK
Assistant City Attorney
STANLEY H. BROWN, JR.
Stanley H. Brown, Jr., Chartered
*Attorneys for Defendant City of Sparks*

DATED this 18 day of July, 2018.

GERAGOS & GERAGOS, APC

MARCUS PETOYAN
MALLORY WHITELAW
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 19th day of July, 2018.

_____
DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the persons set forth below by:

- [✓] Case Management/Electronic Case Filing (CM/ECF) and/or;
- [ ] Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices, and/or;
- [ ] Personal Delivery, and/or;
- [ ] Facsimile (FAX), and/or;
- [ ] Federal Express or other overnight delivery, and/or;
- [ ] Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

Marcus Petoyan and Mallory Whitelaw
GERAGOS & GERAGOS, APC
644 South Figueroa Street
Los Angeles, California 90017
*Attorneys for Plaintiff Lionel Irving*

David O'Mara
THE O'MARA LAW FIRM, P.C.
311 East Liberty Street
Reno, Nevada 89501
*Designated Attorney for Service in Nevada*

DATED this 18th day of July, 2018.

                                        /s/ Shawna Liles
                                        Shawna Liles